**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

GINA CAVASOS,

          Plaintiff,

vs.                                       Case No. 22-CV-_____

CITY OF GARDEN CITY, KANSAS,

          Defendant.

---

**Notice of Removal**

Defendant submits this Notice of Removal from the 25th Judicial District, the District Court of Finney County, Kansas to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§1441, 1443 and 1446 and D. Kan. Rule 81.1.

1.      Plaintiff filed a petition in the District Court of Finney County, Kansas against the City of Garden City, Kansas on October 14, 2021, assigned Case No. 2021-CV-116.

2.      A summons and copy of the petition were served upon the City Clerk on January 10, 2022.  This notice is filed within thirty days after service of the summons and petition.

3.      The petition asserts a claim under 42 U.S.C. § 1983 that her rights were violated by actions of one or more employees of the City of Garden City, Kansas, while acting in an official capacity, including but not limited to the right to be free from unconstitutional search and seizure, and that she suffered physical and emotional harm in that connection.

4.      The federal courts have original jurisdiction over all civil actions arising under the constitution, laws, or treaties of the United States. 28 U.S.C. § 1331. This action falls within the original jurisdiction of the federal court. Removal is therefore appropriate under 28 U.S.C. § 1441(a).

{T0468889}                                          - 1 -

5.    In accordance with 28 U.S.C. § 1446(a) of copies the process and pleadings served upon the City are attached as Appendix A.

6.    No orders have been served upon defendant in the action.

7.    A copy of the written notice served upon the plaintiff this date that will be filed in state court is attached as Appendix B.

/s/David R. Cooper
Fisher, Patterson, Sayler & Smith, LLP
David R. Cooper                                    #16690
3550 SW 5th Street | Topeka, Kansas 66606
Tel: (785) 232-7761 | Fax: (785) 232-6604
dcooper@fpsslaw.com
Nichole A. Caldwell, Kansas #26738
Corporate Woods, Building 51
9393 West 110th Street, Suite 300
Overland Park, KS 66210
Tel: (913) 339-6757 | (913) 660-7919
ncaldwell@fpsslaw.com
*Attorneys for Defendant*

**Certificate of Service**

I hereby certify on the February 7, 2022, I cause the foregoing to electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record:

Peter J. Antosh, #21334 | GARCIA & ANTOSH, LLP | 1401 Central | Dodge City, Kansas 67801 |T: (620) 225-7400 | F: (620) 225-4339 | pja22@yahoo.com
*Attorneys for Plaintiff*

**/s/David R. Cooper**

{T0468889}                          - 2 -